SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>        Plaintiff,<br><br>    vs.<br><br>Ranchhodrai, Inc.,<br><br>        Defendants | Case No. **2:11-cv-02529-JAM-CKD**<br><br>**ORDER RE: SECOND REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS** |

    IT IS HEREBY ORDERED THAT the parties shall file dispositional documents no later than July 22, 2013.

Date:  6/25/2013

                         /s/ John A. Mendez_____
                         Judge of the United States District Court

PROPOSED ORDER RE: SECOND REQUEST FOR EXTENSION OF TIME

CIV: S-11-cv-02529-JAM-CKD - 1